UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cymeyon Hill,<br><br>              Plaintiff,<br><br>     v.<br><br>HER, et al.,<br><br>              Defendants. | No.  2:22-cv-1849 KJM KJN P<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2023, are adopted in full.

2. Plaintiff's application to proceed in forma pauperis is denied.

3. Plaintiff is directed to pay the $402 filing fee within thirty days of receiving this order. Failure to pay may result in dismissal. This matter is referred back to the assigned magistrate judge.

DATED: March 25, 2024.

CHIEF UNITED STATES DISTRICT JUDGE