UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-1849 KJM CSK P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| HER, et al., | |
| Defendants. | |

Plaintiff is a civil detainee, proceeding without counsel, with this civil rights action. On March 26, 2024, the court denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the filing fee within thirty days of receiving the order. (ECF No. 23.) Over thirty days from March 26, 2024 passed, and plaintiff did not pay the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 30, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hill1849.dis

2